

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00050-CV

| | | |
|---|---|---|
| G.C. ELLIS, MARY ELLIS, DAVID A. SAMPSON, KAREN ANN SAMPSON, CHRISTOPHER BANCROFT, BELLE FOURCHE RESOURCES LLC, AND COMPADRE CATTLE COMPANY LLC, Appellants | § | On Appeal from the 235th District Court |
| V. | | |
| WILDCAT CREEK WIND FARM LLC, Appellee | § | of Cooke County (CV19-00455) |
| AND | | |
| G.C. ELLIS, MARY ELLIS, DAVID A. SAMPSON, KAREN ANN SAMPSON, CHRISTOPHER BANCROFT, BELLE FOURCHE RESOURCES LLC, AND COMPADRE CATTLE COMPANY LLC, Appellants and Appellees | § | March 25, 2021 |
| V. | | |
| COOKE COUNTY, TEXAS, COOKE COUNTY COMMISSIONERS COURT, AND JOHN KLEMENT, Appellees and Appellants | § | Memorandum Opinion by Justice Birdwell |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We vacate the trial court's judgment, and we dismiss the case for want of jurisdiction.

It is further ordered that G.C. Ellis, Mary Ellis, David A. Sampson, Karen Ann Sampson, Christopher Bancroft, Belle Fourche Resources LLC, and Compadre Cattle Company LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell